U.S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED AND FILED

## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

APR - 1 2026

JENNIFER P. LYONS, CLERK

BY_____
DEPUTY CLERK

**UNITED STATES OF AMERICA**

**v.**

**CLYDE HALL**

Case No. 2:26-cr-00030-SDIV

## INDICTMENT

The Grand Jury charges:

### COUNT ONE
### (Possession of Child Pornography)

From an unknown date until about February 5, 2026, in the District of Maine and elsewhere, Defendant

### CLYDE HALL

knowingly possessed a Google account with the username r0b3rtsja5678 that contained images of child pornography, as defined in Title 18, United States Code, Section 2256(8). The images had been shipped and transported using any means or facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, and were produced using materials that had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer. At least one image of child pornography involved in the offense involved a prepubescent minor or a minor who had not attained 12 years of age.

In violation of Title 18, United States Code, Sections 2252A(a)(5)(B), 2252A(b)(2) and 2256(8)(A).

### COUNT TWO
### (Possession of Child Pornography)

On about February 3, 2026, in the District of Maine, Defendant

**CLYDE HALL**

knowingly possessed a 64GB MicroSD Card bearing serial number 058F63776374 that contained images of child pornography, as defined in Title 18, United States Code, Section 2256(8). The images had been shipped and transported using any means or facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, and had been produced using materials that had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer. At least one image of child pornography involved in the offense involved a prepubescent minor or a minor who had not attained 12 years of age.

In violation of Title 18, United States Code, Sections 2252A(a)(5)(B), 2252A(b)(2) and 2256(8)(A).

## PRIOR CONVICTION ALLEGATION

The defendant Clyde Hall has a prior conviction under chapter 110 of Title 18 of the United States Code. On about January 7, 2000, Hall was convicted of possession of child pornography transported in interstate commerce, in violation of 18 U.S.C. 2252A(a)(5)(B), in the United States District Court, Northern District of New York, Docket Number 1:99-cr-0491-001, following which he was sentenced to a period of incarceration. This prior conviction affects the penalty provisions for Counts One and Two, pursuant to Title 18, United States Code, Section 2252A(b)(2).

## NOTICE OF FORFEITURE

Pursuant to Title 18, United States Code, Section 2253(a), the United States gives the defendant notice that in the event of conviction for the offenses charged in Counts One and Two of the Indictment, the United States will seek to forfeit all property, real and personal, used or intended to be used to commit or to promote the commission of the offenses charged in Count One, including, but not limited to, the following:

- One (1) 64GB microSD card bearing serial number 058F63776374

A TRUE BILL,

Signature Redacted – Original on file with the Clerk's Office

_____
ASSISTANT UNITED STATES ATTORNEY

DATED: APRIL 1, 2026