2:26-cr-00030-SDN

U.S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED AND FILED

## Indictment Synopsis

APR - 1 2026

JENNIFER P. LYONS, CLERK

BY_____
DEPUTY CLERK

| | |
|---|---|
| **Name:** | Clyde Hall |
| **Address:** (City & State Only) | Portland, Maine |
| **Year of Birth and Age:** | 1965/61 years old |
| **Violations:** | Counts 1-2: Possession of Child Pornography, 18 U.S.C. 2252A(a)(5)(B) |
| **Penalties:** | Counts 1-2: Imprisonment of not more than 20 years and/or not more than a $250,000 fine, but if Defendant has a prior conviction under Chapter 110 not less than 10 years and not more than 20 years. 18 U.S.C. § 2252A(b)(2). |
| **Supervised Release:** | Counts 1-2: Not less than 5 years, up to lifetime supervision. 18 U.S.C. § 3583(k). |
| **Maximum Term of Imprisonment for Violation of Supervised Release:** | Counts 1-2: Not more than 2 years. 18 U.S.C. § 3583(e)(3).<br><br>But if Defendant is required to register under the Sex Offender Registration and Notification Act and commits an offense under Chapter 109A, 110, 117, or section 1201 or 1591, for which imprisonment for a term longer than 1 year can be imposed, the Court shall revoke supervised release and impose a term of imprisonment of not less than 5 years. 18 U.S.C. § 3583(k). |
| **Maximum Add'l Term of Supervised Release for Violation of Supervised Release:** | Counts 1-2: Up to life less any period of imprisonment imposed upon revocation of supervised release.  18 U.S.C. § 3583(h). |
| **Defendant's Attorney:** | AFD Grainne Dunne |
| **Primary Investigative Agency and Case Agent Name:** | Homeland Security Investigations Task Force Officer Eric Johnson |
| **Detention Status:** | In State of Maine custody; conditionally detained in 2:14-cr-0100-SDN and 2:20-cr-0016-SDN |
| **Foreign National:** | No |
| **Foreign Consular Notification Provided:** | N/A |

| | |
|---|---|
| **County:** | Cumberland |
| **AUSA:** | Peter I. Brostowin |
| **Guidelines apply?   Y/N** | Yes |
| **Victim Case:** | Yes |
| **Corporate Victims Owed Restitution:** | N/A |
| **Assessments:** | $100 per count<br><br>Additional special assessment per count of $5,000 if not indigent. 18 U.S.C. § 3014(a)(3).<br><br>Additional special assessment per count of not more than $17,000 for any person convicted of an offense under section 2252(a)(4) or 2252A(a)(5). 18 U.S.C. § 2259A(a)(1). |